JUNE 28, 2005

No. 04–1525. ELECTRICAL & ELECTRONICS LTD. *v.* PHILIPS DOMESTIC APPLIANCES AND PERSONAL CARE B. V. ET AL. C. A. 7th Cir. Certiorari dismissed under this Court's Rule 46.

No. 04–986. HOWTON, SUPERINTENDENT, OREGON STATE CORRECTIONAL INSTITUTION *v.* EARL X. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Mayle* v. *Felix, ante,* p. 644.

No. 04–1247. BELL, WARDEN *v.* ABDUR'RAHMAN. C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gonzalez* v. *Crosby, ante,* p. 524.

No. 04–6572. HARRIS *v.* MICHIGAN. Sup. Ct. Mich. Reported below: 470 Mich. 882, 681 N. W. 2d 653; and

No. 04–7125. SIMMONS *v.* METRISH, WARDEN. C. A. 6th Cir. Motions of petitioners for leave to proceed *in forma pauperis* granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *Halbert* v. *Michigan, ante,* p. 605.

No. 04–52. RICE, WARDEN, ET AL. *v.* COLLINS. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 04–1244. SCHEIDLER ET AL. *v.* NATIONAL ORGANIZATION FOR WOMEN, INC.; and

No. 04–1352. OPERATION RESCUE *v.* NATIONAL ORGANIZATION FOR WOMEN, INC., ET AL. C. A. 7th Cir. Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument. Reported below: 91 Fed. Appx. 510.

No. 04–8990. HOUSE *v.* BELL, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.